UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No. 1:19-cv-00097-CCE-JLW

Willie McNeal, Jr., :
:
           Plaintiff, :
:
vs. :
:
Hollingsworth & Vose Company; :
Lorillard LLC f/k/a Lorillard Tobacco Company, a :
subsidiary of Reynolds American Inc.; and :
R. J. Reynolds Tobacco Company, as successor-by- :
merger to Lorillard LLC f/k/a/ Lorillard Tobacco :
Company, :
:
           Defendants. :

## STIPULATION OF DISMISSAL (WITHOUT PREJUDICE)

Plaintiff Willie McNeal, Jr., Defendant R. J. Reynolds Tobacco Company, as successor-by-merger to Lorillard Tobacco Company, and Defendant Hollingsworth & Vose Company and by and through their undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal without prejudice of all claims in the above-captioned action with a mutual waiver of costs.

Dated: April 17, 2019                  **WARD BLACK LAW**

                                            /s/Janet Ward Black
                                            Janet Ward Black
                                            NC State Bar 12869
                                            208 W. Wendover Ave.
                                            Greensboro, NC 27401
                                            Telephone: 336-333-2244
                                            Facsimile: 336-379-9415
                                            Email: jwblack@wardblacklaw.com

1

**SIMON GREENSTONE PANATIER, PC**

Tyson B. Gamble, Esq. (SBN: 266677)
3780 Kilroy Airport Way, Suite 540
Long Beach, CA 90806
Telephone: 562-590-3400
Facsimile: 562-590-3412
tgamble@sgptrial.com

*Attorneys for Plaintiff*


**WOMBLE BOND DICKINSON (US) LLP**

/s/Howell A. Burkhalter
Howell A. Burkhalter (N.C. Bar No. 18127)
Ryan H. Niland (N.C. Bar No. 49430)
One West 4th Street
Winston-Salem, NC, US 27101
Telephone: (336) 721-3600
howell.burkhalter@wbd-us.com
ryan.niland@ wbd-us.com

**HUGHES HUBBARD & REED LLP**
Elizabeth Raines, Esq.
2345 Grand Boulevard, Suite 2000
Kansas City, MO 64108
Telephone: 816-709-4160
Facsimile: 816-709-4198
Email: Elizabeth.raines@hugheshubbard.com

*Attorneys for Defendants R.J. Reynolds Tobacco Company and Hollingsworth & Vose Company*

2